Prob Form 35
(11/17 Mod)

Report and Order Terminating Probation/
Supervised Release
Prior to Original Expiration Date

## UNITED STATES DISTRICT COURT
### for the
### District of Maryland

UNITED STATES OF AMERICA

vs.

Crim. No.: 0416 1:07CR00394-001

Tracy Alston

On May 23, 2011, the defendant was sentenced to the Bureau of Prisons followed by Supervised Release for a period of 60 months. Mr. Alston was released by the Bureau of Prisons on April 7, 2015, to begin his term of supervision. He has complied with the rules and regulations. Accordingly, it is recommended that he be discharged from supervision.

Respectfully submitted,

*Sheila Jauma*

Sheila A. Jauma
U.S. Probation Officer

Marrell R. Harden
2018.08.14
14:11:37 -04'00'

Marrell Harden
Supervisory U.S. Probation Officer

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant is discharged from Supervised Release and that the proceedings in the case be terminated.

Signed this __14th__ day of __August__, 20_18_.

____FILED ____ENTERED
____LODGED ____RECEIVED

*Richard D. Bennett*

The Honorable Richard D. Bennett
U.S. District Judge

AUG 1 5 2018

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY                         DEPUTY